1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   CARLSON & MESSER LLP
2  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
3  (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
4
   Attorneys for Defendant,
5  ENCORE RECEIVABLE
   MANAGEMENT, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL KWESI DADJO, | CASE NO. C 07 05856 MEJ |
| Plaintiff, | [Complaint Filed:  11/19/07] |
| vs. | Magistrate Judge: Maria-Elena James<br>Courtroom B |
| ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |
| Defendant. | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: February 7, 2008          CARLSON & MESSER LLP


                                 By /s/David J. Kaminski, Esq.
                                    David J. Kaminski, Esq.
                                    Attorneys for Defendant,
                                    ENCORE RECEIVABLE MANAGEMENT, INC.

05704.00:141637                          1
Request for Reassignment to a U.S. District Judge          CASE NO. C07 05856 MEJ