Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SAMUEL KWESI DADJO

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMUEL KWESI DADJO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,<br><br>　　　　　Defendant. | Case No. C07-05856-MEJ<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

COMES NOW the Plaintiff, SAMUEL KWESI DADJO, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 7th day of February, 2008, a true and accurate copy of the <u>Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)</u> and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

　　　David J. Kaminski
　　　Carlson & Messer, LLP
　　　5959 W. Century Boulevard, Suite 1214
　　　Los Angeles, CA  90045
　　　　　　Attorney for Defendant

Dated: February 7, 2008　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　SAMUEL KWESI DADJO