**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**February 14, 2008**

CASE NUMBER:  CV 07-05856 MEJ
CASE TITLE:  SAMUEL KWESI DADJO-v-ENCORE RECEIVABLE MANAGEMENT, INC.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Samuel Conti** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/14/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                 Entered in Computer 2/14/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                         Transferor CSA