IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL DADJO ,
      Plaintiff(s),

v.                                                No.  C-07-5856-SC

ENCORE RECEIVABLES MANAGEMENT, INC.,
      Defendant(s).

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **March 7,  2008  at 10:00 A.M.**  before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    February 20, 2007                                     FOR THE COURT,

                                                                   Richard W. Wieking, Clerk

                                                                   By: T. De Martini
                                                                        Courtroom Deputy Clerk