Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SAMUEL KWESI DADJO

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL KWESI DADJO, | Case No.  C07-05856-SC |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF DISCOVERY PROPOUNDED TO DEFENDANT, ENCORE RECEIVABLE MANAGEMENT, INC.** |
| ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas Corporation, | |
| Defendant. | |

**COMES NOW** the Plaintiff, SAMUEL KWESI DADJO, by and through his attorney, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 20th day of February, 2008, Interrogatories numbered 1 through 25 inclusively, have been submitted for answer by Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in accordance with Rule 33 of the Federal Rules of Civil Procedure, within thirty (30) days from the date of service thereof.

You will please take notice that the party filing these Interrogatories demands answers under oath in accordance with the rules of civil procedure.  These Interrogatories are continuing and require supplemental answers if additional information is obtained between the time of answering and the time of trial.

ADDITIONALLY, Plaintiff notifies the Court that he has also served a Request for Production of Documents in accordance with Rule 34 of the Federal Rules of Civil Procedure containing 24 paragraphs upon Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., and that these discovery requests are to be responded to within thirty (30) days.

1    ADDITIONALLY, Plaintiff notifies the Court that he has also served a Request for

2    Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure, containing 20

3    paragraphs upon Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., and that these

4    discovery requests are to be responded to within thirty (30) days.

5

6                                                          CONSUMER LAW CENTER, INC.

7                                                          By: /s/ Fred W. Schwinn
                                                          Fred W. Schwinn (SBN 225575)
8                                                          12 South First Street, Suite 1014
                                                          San Jose, California  95113-2418
9                                                          Telephone Number: (408) 294-6100
                                                          Facsimile Number: (408) 294-6190
10                                                         Email: fred.schwinn@sjconsumerlaw.com
                                                          Attorney for Plaintiff
11

12                           **<u>CERTIFICATE OF SERVICE</u>**

13    The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct

14    copy of the above and foregoing document to be deposited in the United States mail, postage

15    prepaid, addressed to the following:

16        David J. Kaminski
          Carlson & Messer, LLP
17        5959 W. Century Boulevard, Suite 1214
          Los Angeles, CA  90045
18                Attorney for Defendant

19    on this, the 20th day of February, 2008.
                                                           /s/ Fred W. Schwinn
20                                                        Fred W. Schwinn

21

22

23

24

25

26

27

28

NOTICE OF DISCOVERY PROPOUNDED TO DEFENDANT                    Case No.  C07-05856-SC