Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SAMUEL KWESI DADJO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMUEL KWESI DADJO,<br><br>        Plaintiff,<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas Corporation,<br><br>        Defendant. | Case No. C07-05856-SC<br><br>**COUNSEL FOR PLAINTIFF SAMUEL KWESI DADJO REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:        March 7, 2008<br>Time:       10:00 a.m.<br>Judge:      Honorable Samuel Conti<br>Courtroom: 1, 17th Floor<br>Place:       450 Golden Gate Avenue,<br>                 San Francisco, CA 94102 |

Fred W. Schwinn, counsel for Plaintiff, SAMUEL KWESI DADJO, requests permission to appear by telephone at the Case Management Conference in the above-entitled action. Mr. Schwinn's office is located in San Jose, 50 miles from the Courthouse in this matter.

                                                        CONSUMER LAW CENTER, INC.


Dated: February 20, 2008           By: /s/ Fred W. Schwinn
                                                          Fred W. Schwinn, Esq.
                                                          Attorney for Plaintiff
                                                          SAMUEL KWESI DADJO

---

COUNSEL REQUESTS TO APPEAR TELEPHONICALLY                                        Case No. C07-05856-SC

1   The court hereby grants the request for Fred W. Schwinn to appear at the above-mentioned
2   Case management Conference telephonically.
3       IT IS SO ORDERED.

5   Date: _____                        _____
6                                                  Judge Samuel Conti

COUNSEL REQUESTS TO APPEAR TELEPHONICALLY                         Case No.  C07-05856-SC