1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   SAMUEL KWESI DADJO
6

7              **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8                      **SAN FRANCISCO DIVISION**

9  SAMUEL KWESI DADJO,                          Case No. C07-05856-SC

10                 Plaintiff,

11  v.                                          **COUNSEL FOR PLAINTIFF**
                                                **SAMUEL KWESI DADJO REQUEST**
12                                              **TO APPEAR TELEPHONICALLY**
    ENCORE RECEIVABLE MANAGEMENT,               **FOR CASE MANAGEMENT**
13  INC., a Kansas Corporation,                 **CONFERENCE AND**
                                                **[PROPOSED] ORDER**  - DENIED
14                 Defendant.

15                                              Date:      March 7, 2008
                                                Time:      10:00 a.m.
16                                              Judge:     Honorable Samuel Conti
                                                Courtroom: 1, 17th Floor
17                                              Place:     450 Golden Gate Avenue,
                                                           San Francisco, CA  94102
18

19      Fred W. Schwinn, counsel for Plaintiff, SAMUEL KWESI DADJO, requests permission to

20  appear by telephone at the Case Management Conference in the above-entitled action.  Mr.

21  Schwinn's office is located in San Jose, 50 miles from the Courthouse in this matter.

22

23                                          CONSUMER LAW CENTER, INC.

24

25  Dated:  February 20, 2008           By: /s/ Fred W. Schwinn
                                            Fred W. Schwinn, Esq.
26                                          Attorney for Plaintiff
                                            SAMUEL KWESI DADJO
27

28

---

COUNSEL REQUESTS TO APPEAR TELEPHONICALLY                         Case No. C07-05856-SC

1  The court hereby grants the request for Fred W. Schwinn to appear at the above-mentioned
2  Case management Conference telephonically.
3  IT IS SO ORDERED.

4

5  Date: 2/21/08

  DENIED
  Judge Samuel Conti