1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   CARLSON & MESSER LLP
2  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
3  (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
4
   Attorneys for Defendant,
5  ENCORE RECEIVABLE MANAGEMENT, INC.

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | SAMUEL KWESI DADJO,                     ) CASE NO. C 07 05856-SC
                                             )
12 |                                         ) [Complaint Filed:  11/19/07]
                   Plaintiff,                )
13 |                                         ) **COUNSEL FOR DEFENDANT ENCORE
         vs.                                 ) RECEIVABLE MANAGEMENT, INC.'s
14 |                                         ) REQUEST TO APPEAR
   ENCORE RECEIVABLE                         ) TELEPHONICALLY FOR CASE
15 | MANAGEMENT, INC., a Kansas              ) MANAGEMENT CONFERENCE AND
   corporation,                              ) [PROPOSED] ORDER**
16 |                                         )
                   Defendant.                ) Date:       March 7, 2008
17 |                                         ) Time:       10:00 a.m,.
                                             ) Judge:      Hon. Samuel Conti
18 |                                         ) Courtroom:  1, 17th Floor
                                             )
19 |                                         )
                                             )
20 |_____)

21     David J. Kaminski, counsel for Defendant, requests permission to appear by telephone at

22 the Case Management Conference in the above-entitled action. Mr. Kaminski's office is located in

23 Los Angeles, approximately 386 miles from the Courthouse in this matter.

24

25 DATED: February 21, 2008          CARLSON & MESSER LLP

26

27
                                     By  s/David J. Kaminski
28                                      Attorneys for Defendant,
                                        ENCORE RECEIVABLE MANAGEMENT, INC.

05704.00:141986                          1
**COUNSEL REQUEST TO APPEAR TELEPHONICALLY**         CASE NO. C07 05856 MEJ

1  The Court hereby grants the request for David J. Kaminski to appear at the above-mentioned
2  Case Management Conference telephonically.
3
4  **IT IS SO ORDERED:**
5
6  DATE: _____        _____
7                                       HON. JUDGE SAMUEL CONTI
                                         JUDGE OF THE UNITED STATES DISTRICT
                                         COURT – NORTHERN DISTRICT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05704.00:141986                         2
**COUNSEL REQUEST TO APPEAR TELEPHONICALLY**        **CASE NO. C07 05856 MEJ**