1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   CARLSON & MESSER LLP
2  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
3  (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
4
   Attorneys for Defendant,
5  ENCORE RECEIVABLE MANAGEMENT, INC.

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 SAMUEL KWESI DADJO,              )   CASE NO. C 07 05856-SC
                                    )
12                                  )   [Complaint Filed:  11/19/07]
                  Plaintiff,        )
13                                  )   **COUNSEL FOR DEFENDANT ENCORE**
       vs.                          )   **RECEIVABLE MANAGEMENT, INC.'s**
14                                  )   **REQUEST TO APPEAR**
   ENCORE RECEIVABLE                )   **TELEPHONICALLY FOR CASE**
15 MANAGEMENT, INC., a Kansas       )   **MANAGEMENT CONFERENCE AND**
   corporation,                     )   [PROPOSED] **ORDER**
16                                  )
                  Defendant.        )   Date:       March 7, 2008
17                                  )   Time:       10:00 a.m,.
                                    )   Judge:      Hon. Samuel Conti
18                                  )   Courtroom:  1, 17th Floor
                                    )
19                                  )   DENIED
                                    )
20 _____)

21      David J. Kaminski, counsel for Defendant, requests permission to appear by telephone at

22 the Case Management Conference in the above-entitled action. Mr. Kaminski's office is located in

23 Los Angeles, approximately 386 miles from the Courthouse in this matter.

24

25 DATED: February 21, 2008        CARLSON & MESSER LLP

26

27
                                   By  s/David J. Kaminski
28                                     Attorneys for Defendant,
                                       ENCORE RECEIVABLE MANAGEMENT, INC.

---

05704.00:141986                         1
        **COUNSEL REQUEST TO APPEAR TELEPHONICALLY**       CASE NO. C07 05856 MEJ

1    The Court hereby grants the request for David J. Kaminski to appear at the above-mentioned
2    Case Management Conference telephonically.

3

4    **IT IS SO ORDERED:**

5

6    DATE: _____2/22/08_____



HON. JUDGE SAMUEL CONTI
JUDGE OF THE UNITED STATES DISTRICT
COURT, NORTHERN DISTRICT

DENIED
Judge Samuel Conti

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

---

05704.00:141986

2

**COUNSEL REQUEST TO APPEAR TELEPHONICALLY**       CASE NO. C07 05856 MEJ