UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-5856           SAMUEL CONTI            DATE March 7, 2008
Case Number         Judge

Title: SAMUEL DADJO              vs ENCORE RECEIVABLES MANAGEMENET

Attorneys: BEN DUPRE                DAVID KAMINSKI

Deputy Clerk: T. De Martini    Court Reporter: Debra Pas

Court   Pltf's   Deft's
(XXX)   (  )    (  )   1. Status Conference - Held

(  )    (  )    (  )   2.

(  )    (  )    (  )   3.

(  )    (  )    (  )   4.

(  )    (  )    (  )   5.

(  ) Motion(s): (  ) Granted  (  ) Denied  (  ) Withdrawn

(  ) Granted/Denied  (  ) Off Calendar  (  ) Submitted

Order to be Prepared by: (  ) Pltf  (  ) Deft  (  ) Court

Discovery Cutoff: 10/25/08    Pretrial Statements Due _____

Case Continued to 12/19/08 @ 10:00 A.M.    for Pretrial Conference

Case Continued to 1/5/09 @ 9:30 A.M.    for Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 11/7/08 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING:

cc: