Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SAMUEL KWESI DADJO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL KWESI DADJO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,<br><br>　　　　　Defendant. | Case No. C07-05856-SC<br><br>**DECLARATION OF SAMUEL KWESI DADJO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[Fed. R. Civ. P. 56]<br><br>Judge:　　　　Honorable Samuel Conti<br>Courtroom:　　1, 17th Floor<br>Place:　　　　450 Golden Gate Ave<br>　　　　　　　San Francisco, California |

I, Samuel Kwesi Dadjo, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1.　　I am the Plaintiff in the above captioned case.

2.　　I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3.　　I am a natural person residing in Alameda County, California. I have never owned a business.

4.　　On a date unknown to me, I incurred a financial obligation for personal, family or household use.

5.　　Thereafter, ENCORE RECEIVABLE MANAGEMENT, INC. (hereinafter "Defendant"), recorded numerous automated messages on my answering machine in an attempt to collect the debt.

1      6.    On or about April 10, 2007, Defendant recorded the following automated
2  message on my answering machine in an attempt to collect the debt:

3      Please press 1 now.  If this is not Sam Dadjo, please press 2 now.  We have a very important call for Sam.  This is not a telemarketing call.
4

5      7.    On or about April 11, 2007, Defendant recorded the following automated
6  message on my answering machine in an attempt to collect the debt:

7      We have a very important call for Sam.  This is . . .

8      8.    On or about April 11, 2007, Defendant recorded the following automated
9  message on my answering machine in an attempt to collect the debt:

10     Please contact Mr. Roche at 866-802-6985 regarding an important personal business matter.  Again, this is Mr. Roche at 866-802-6985.  I look forward to hearing from you.
11

12     9.    On or about April 12, 2007, Defendant recorded the following automated
13 message on my answering machine in an attempt to collect the debt:

14     Please contact Mr. Roche at 866-802-6985 regarding an important personal business matter.  Again, this is Mr. Roche at 866-802-6985.  I look forward to hearing from you.
15

16     10.    On or about April 13, 2007, Defendant recorded the following automated
17 message on my answering machine in an attempt to collect the debt:

18     Please contact Mr. Roche at 866-802-6985 regarding an important personal business matter.  Again, this is Mr. Roche at 866-802-6985.  I look forward to hearing from you.
19

20
21     11.    On or about April 14, 2007, Defendant recorded the following automated
22 message on my answering machine in an attempt to collect the debt:

23     Please contact Mr. Roche at 866-802-6985 regarding an important personal business matter.  Again, this is Mr. Roche at 866-802-6985.  I look forward to hearing from you.
24

25     12.    On or about April 17, 2007, Defendant recorded the following automated
26 message on my answering machine in an attempt to collect the debt:

27
28     Please contact Mr. Roche at 866-802-6985 regarding an important personal business matter.  Again, this is Mr. Roche at 866-802-6985.  I look forward to hearing from

-2-

DECLARATION OF SAMUEL KWESI DADJO    Case No. C07-05856-SC

you.

13.     On or about April 17, 2007, Defendant recorded the following automated message on my answering machine in an attempt to collect the debt:

> . . . a sales or marketing phone call.  Please press the 9 key now to retrieve your important message or call us back at 1-866-802-6985.  Thank you.  Hello.  This is an important message for Sam K. Dadjo.  This is not a sales or marketing phone call.  Please press the 9 key now to retrieve your important message or call us back at 1-866-802-6985.  Thank you.

14.     On or about April 18, 2007, Defendant recorded the following automated message on my answering machine in an attempt to collect the debt:

> This is not a sales or marketing phone call.  Please press the 9 key now to retrieve your important message or call us back at 866-802-69 . . .

15.     On or about April 18, 2007, Defendant recorded the following automated message on my answering machine in an attempt to collect the debt:

> Please contact Mr. Roche at 866-802-6985 regarding an important personal business matter.  Again, this is Mr. Roche at 866-802-6985.  I look forward to hearing from you.

16.     On or about April 19, 2007, Defendant recorded the following automated message on my answering machine in an attempt to collect the debt:

> Please contact Mr. Roche at 866-802-6985 regarding an important personal business matter.  Again, this is Mr. Roche at 866-802-6985.  I look forward to hearing from you.

17.     On or about April 19, 2007, Defendant recorded the following automated message on my answering machine in an attempt to collect the debt:

> . . . sales or marketing phone call.  To retrieve this important message, press the 5 key now or call us back 1-866-802-6985.  That number again, is 1-866-802-6985.  Thank you.  Hello.

18.     On or about April 30, 2007, Defendant recorded the following automated message on my answering machine in an attempt to collect the debt:

> Please contact Mr. Roche at 866-802-6985 regarding an important personal business matter.  Again, this is Mr. Roche at 866-802-6985.  I look forward to hearing from you.

/ / /

/ / /

1  Executed at San Jose, California on August 12, 2008.

_____
Samuel Kwesi Dadjo

-4-

DECLARATION OF SAMUEL KWESI DADJO                                    Case No. C07-05856-SC