Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SAMUEL KWESI DADJO

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL KWESI DADJO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,<br><br>　　　　　　Defendant. | Case No. C07-05856-SC<br><br>**DECLARATION OF FRED W. SCHWINN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Fed. R. Civ. P. 56 ]<br><br>Date:　　　September 19, 2008<br>Time:　　　10:00 a.m.<br>Judge:　　　Honorable Samuel Conti<br>Courtroom:　1, 17th Floor<br>Place:　　　450 Golden Gate Ave<br>　　　　　　San Francisco, California |

　　　　I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

　　　　1.　　I am an attorney at law duly licensed to practice before all the courts of the State of California and in this judicial district and am a shareholder in the law firm Consumer Law Center, Inc., attorneys of record for Plaintiff, SAMUEL KWESI DADJO (hereinafter referred to as "Plaintiff").

　　　　2.　　I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

　　　　3.　　On February 20, 2007, I served <u>Plaintiff's First Request for Admissions Propounded to Encore Receivable Management, Inc.</u>, on counsel for Defendants, David J. Kaminski,

-1-

1 via first-class United States Mail. A true and accurate copy of the <u>Plaintiff's First Request for Admissions Propounded to Encore Receivable Management, Inc.</u>, is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

4. On or about April 3, 2008, I received <u>Defendant's Response to Plaintiff's First Set of Requests for Admissions</u>. A true and accurate copy of <u>Defendant's Response to Plaintiff's First Set of Requests for Admissions</u> is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

5. On February 20, 2008, I served <u>Plaintiff's First Request for Production of Documents Propounded to Encore Receivable Management, Inc.</u>, on counsel for Defendants, David J. Kaminski, via first-class United States Mail. A true and accurate copy of the <u>Plaintiff's First Request for Production of Documents Propounded to Encore Receivable Management, Inc.</u>, is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

6. On or about April 3, 2008, I received <u>Defendant's Response to Plaintiff's First Set of Requests for Production of Documents</u>. A true and accurate copy of <u>Defendant's Response to Plaintiff's First Set of Requests for Production of Documents</u> is attached hereto, marked Exhibit "4," and by this reference is incorporated herein.

Executed at San Jose, California on August 15, 2008.

/s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address:
fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff
SAMUEL KWESI DADJO