# Exhibit "3"

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   SAMUEL KWESI DADJO
6

7

8              **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN FRANCISCO DIVISION**

10  SAMUEL KWESI DADJO,                    Case No.  C07-05856-SC

11                      Plaintiff,         **PLAINTIFF'S FIRST REQUEST FOR**
                                           **PRODUCTION OF DOCUMENTS**
12  v.                                     **PROPOUNDED TO ENCORE**
                                           **RECEIVABLE MANAGEMENT, INC.**
13  ENCORE RECEIVABLE MANAGEMENT,
    INC., a Kansas Corporation,
14

15                      Defendant.

16  TO:    Encore Receivable Management, Inc.
            c/o David J. Kaminski
17         Carlson & Messer, LLP
           5959 W. Century Boulevard, Suite 1214
18         Los Angeles, CA  90045

19         **COMES NOW** the Plaintiff and pursuant to Rule 34 of the Federal Rules of Civil Procedure

20  requests that Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., allow the Plaintiff to

21  inspect and copy the following documents.  Said production to be made at the law offices of the

22  Consumer Law Center, Inc., 12 South First Street, Suite 1014, San Jose, California  95113-2418,

23  within thirty (30) days of the service of this request.  In the alternative, copies of these documents

24  may be forwarded to Plaintiff's counsel prior to the expiration of this time period.

25         For purposes only of this request for production, the following term, when used in this

26  request, shall mean:

27         **DOCUMENT(S):** Including but not limited to, all faxed, microfilmed, oral, recorded, taped,
           transcribed, typed, written, or by any other means recorded: affidavits: agreements;
28         appointment books; bills; books; brochures; business accounts; business records; calendars;

                                        -1-

1    charts; circulars; communique; compilations; complaints; computer stored information;
     contracts; correspondence; data; day books; diagrams; diaries; documents; drafts; faxes;
2    files; graphs; invoices; ledgers; letters; lists; mailing lists; medical records; memorabilia;
     memorandums; messages; microfiche; microfilms; minutes; missives; motion pictures;
3    motes; notices; pamphlets;  papers; personal accounts; personal files; personal records;
     photographs; proxies; receipts; recordings; records; releases; releases to press, public or
4    other; reports, draft and final; schedules; sketches; statements; statistics; studies; summaries;
     tape recordings; telegrams; teletypes; transcripts; videotapes; worksheets;  and any other
5    same or similar item.  Document shall further include all copies of any document requested,
     including drafts thereof, unless a copy or draft is identical in every respect to any other copy
6    of such documents being produced.

7          This request is intended to cover all documents in possession of the Defendant, or subject

8    to its custody and control, regardless of location.  This request shall be deemed continuing so as to

9    require further and supplemental production if Defendant obtains additional documents required to

10   be produced herein between the time of the initial production and the time of trial.

11         Unless otherwise stated, the relevant time period is January 1, 2006, to the present.

12

13         Plaintiff hereby requests that the Defendant, ENCORE RECEIVABLE MANAGEMENT,

14   INC.,  produce and permit Plaintiff to inspect and copy each of the following:

15   1.    All **DOCUMENTS** on which you relied in anyway in preparing answers to Plaintiff's

16         interrogatories served simultaneously herewith.

17   2.    All **DOCUMENTS** which you specially mention in any answer to Plaintiff's interrogatories

18         served simultaneously herewith.

19   3.    All **DOCUMENTS** which were specifically mentioned or requested in the text of any of

20         Plaintiff's interrogatories served simultaneously herewith.

21   4.    All **DOCUMENTS** which you intend to utilize at a trial or hearing in this matter.

22   5.    All **DOCUMENTS** identified or listed in **YOUR** Initial Disclosures pursuant to Fed. R. Civ.

23         P. 26(a)(1) in this case.

24   6.    All **DOCUMENTS** relating in any way to the alleged debt of Plaintiff and the collection

25         thereof.

26   7.    An organizational chart for Defendant, ENCORE RECEIVABLE MANAGEMENT, INC.

27   8.    Copies of the Complaint for any litigation filed against Defendant, ENCORE RECEIVABLE

28         MANAGEMENT, INC., in the past 3 years alleging violations of the federal Fair Debt

-2-

1    Collection Practices Act, 15 U.S.C. § 1692d(5).

2  9.    Copies of the Complaint for any litigation filed against Defendant, ENCORE RECEIVABLE

3      MANAGEMENT, INC., in the past 3 years alleging violations of the federal Fair Debt

4      Collection Practices Act, 15 U.S.C. § 1692d(6).

5  10.   Copies of the Complaint for any litigation filed against Defendant, ENCORE RECEIVABLE

6      MANAGEMENT, INC., in the past 3 years alleging violations of the federal Fair Debt

7      Collection Practices Act, 15 U.S.C. § 1692e(11).

8  11.   Copies of the Complaint for any litigation filed against Defendant, ENCORE RECEIVABLE

9      MANAGEMENT, INC., in the past 3 years alleging violations of California Rosenthal Fair

10      Debt Collection Practices Act, Cal. Civil Code § 1788.11(b).

11  12.   Copies of the Complaint for any litigation filed against Defendant, ENCORE RECEIVABLE

12      MANAGEMENT, INC., in the past 3 years alleging violations of California Rosenthal Fair

13      Debt Collection Practices Act, Cal. Civil Code § 1788.11(d).

14  13.   Copies of the Complaint for any litigation filed against Defendant, ENCORE RECEIVABLE

15      MANAGEMENT, INC., in the past 3 years alleging violations of California Rosenthal Fair

16      Debt Collection Practices Act, Cal. Civil Code § 1788.11(e).

17  14.   Any insurance policies covering Defendant, ENCORE RECEIVABLE MANAGEMENT,

18      INC., for violation of the Fair Debt Collection Practices Act or the Rosenthal Fair Debt

19      Collection Practices Act.

20  15.   All **DOCUMENTS** in Defendant, ENCORE RECEIVABLE MANAGEMENT, INC.'s,

21      possession sent to or received from anyone which in any way relate to the debt owed by

22      Plaintiff.

23  16.   All **DOCUMENTS** in Defendant, ENCORE RECEIVABLE MANAGEMENT, INC.'s,

24      possession sent to or received from Plaintiff which in any way relate to the debt owed by

25      Plaintiff.

26  17.   All operation manuals or similar **DOCUMENTS**, etc., utilized by Defendant, ENCORE

27      RECEIVABLE MANAGEMENT, INC., relating to its compliance with the federal Fair Debt

28      Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

-3-

18.  All operation manuals or similar **DOCUMENTS**, etc., utilized by Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., relating to its compliance with the California Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq.*

19.  All **DOCUMENTS** relating to the maintenance of procedures by Defendant, ENCORE RECEIVABLE MANAGEMENT, INC, adapted to avoid any violation of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

20.  All **DOCUMENTS** relating to the maintenance of procedures by Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., adapted to avoid any violation of the California Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq.*

21.  All material, including video and audio tapes, pertaining to training by or for Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., and its employees regarding the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

22.  All material, including video and audio tapes, pertaining to training by or for Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., and its employees regarding the California Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq.*

23.  All fee agreements between Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., and its attorneys or other **DOCUMENTS** relating to such fees.

24.  A copy of the entire contents of the collection file maintained by Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., pertaining to the collection of the debt owed by Plaintiff.

CONSUMER LAW CENTER, INC.

By:_____
Fred W. Schwinn (SBN 225575)
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff

-4-

1

## CERTIFICATE OF SERVICE

2      The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct

3 copy of the above and foregoing document to be deposited in the United States mail, postage

4 prepaid, addressed to the following:

5       David J. Kaminski
        Carlson & Messer, LLP
6       5959 W. Century Boulevard, Suite 1214
        Los Angeles, CA  90045
7             Attorney for Defendant

8 on this, the 20th day of February, 2008.

9

10                                              _____
                                                Fred W. Schwinn

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST SET OF DOCUMENT PRODUCTION REQUESTS                    Case No. C07-05856-SC