# Exhibit "4"

1   DAVID J. KAMINSKI, ESQ. (SBN #128509)
    STEPHEN A. WATKINS, ESQ. (SBN #205175)
2   CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
3   Los Angeles, California 90045
    (310) 242-2200 Telephone
4   (310) 242-2222 Facsimile

5   Attorneys for Defendant,
    ENCORE RECEIVABLE MANAGEMENT, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11  SAMUEL KWESI DADJO,                    )   CASE NO. C 07 05856 SC
                                           )
12                                         )   [Complaint Filed:   11/19/07]
                     Plaintiff,            )
13                                         )   **DEFENDANT'S RESPONSE TO**
           vs.                             )   **PLAINTIFF'S FIRST SET OF REQUESTS**
14                                         )   **FOR PRODUCTION OF DOCUMENTS**
    ENCORE RECEIVABLE                      )
15  MANAGEMENT, INC., a Kansas             )   Judge: Hon. Samuel Conti
    corporation,                           )   Courtroom 1
16                                         )
                     Defendant.            )
17                                         )
                                           )
18                                         )
                                           )
19  _____)

20  PROPOUNDING PARTY:      Plaintiff, SAMUEL KWESI DADJO

21  RESPONDING PARTY:       Defendant, ENCORE RECEIVABLE MANAGEMENT, INC.

22  SET NUMBER:             ONE

23          Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant answers the

24  following Request for Production of Documents:

25          This responding party has not fully completed its investigation of the facts relating to this

26  case, have not fully completed its discovery in this action, and has not fully completed its

27  preparation for trial.  All of the responses contained based only upon such information and

28  documents presently available to and specifically known to this responding party and disclose only

05704.00:143000                                1

those contentions which are presently known to this responding party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual and legal conclusions, all of which may lead to substantial additions to, changes and variations from the contentions set forth herein.

The following responses are given without prejudice to this responding party's right to produce any evidence of any undiscovered fact or facts which this responding party may later recall or locate. Responding party accordingly reserves the right to change any and all responses herein as additional facts are ascertained, analyses are made, legal research is completed and contentions are made. The responses contained herein are made in a good faith effort to supply as much factual information and as much specification of legal contentions as is presently known but should in no way be to the detriment of this responding party in relation to further discovery. It should further be noted that these discovery responses are made solely for the purpose of this action.

## REQUESTS FOR PRODUCTION AND RESPONSES

**REQUEST FOR PRODUCTION NO. 1**:

All **DOCUMENTS** on which you relied in anyway [sic] in preparing answers to Plaintiff's interrogatories served simultaneously herewith.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1**:

See attached account notes.

**REQUEST FOR PRODUCTION NO. 2**:

All **DOCUMENTS** which you specially mention in any answer to Plaintiff's interrogatories served simultaneously herewith.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2**:

See attached account notes.

**REQUEST FOR PRODUCTION NO. 3**:

All **DOCUMENTS** which were specifically mentioned or requested in the text of any of Plaintiff's interrogatories served simultaneously herewith.

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION    CASE NO. C07 05856 SC

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 3**:

2       See attached account notes.

3   **REQUEST FOR PRODUCTION NO. 4**:

4       All **DOCUMENTS** which you intend to utilize at a trial or hearing in this matter.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 4**:

6       Encore objects to Plaintiff's Request for Production of Documents No. 4 on the grounds

7   that request is premature, overly broad, unduly burdensome, not relevant to a claim or defense of

8   any party, and not reasonably calculated to lead to the discovery of admissible evidence to the

9   extent Plaintiff seeks the following: "All DOCUMENTS which you intend to utilize at a trial or

10  hearing in this matter." Responding party further objects to the request to the extent it seeks

11  proprietary or trade secret information. Subject to and without waiving the foregoing objections,

12  responding party states: See attached account notes. Encore will produce its training manuals

13  utilized in connection with its collection process, training programs and ongoing training programs

14  upon the entry of a suitable protective order as the documents contain confidential and/or

15  proprietary information and/or the trade secrets of Encore. Certain materials are written, others are

16  computerized and others are audio/visual. Encore reserves the right to supplement this response as

17  necessary throughout litigation of this matter.

18  **REQUEST FOR PRODUCTION NO. 5**:

19      All **DOCUMENTS** identified or listed in **YOUR** Initial Disclosures pursuant to Fed. R.

20  Civ. P. 26(a)(1) in this case.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5**:

22      Encore objects to Plaintiff's Request for Production of Documents No. 5 on the grounds

23  that request is premature, overly broad, unduly burdensome, not relevant to a claim or defense of

24  any party, and not reasonably calculated to lead to the discovery of admissible evidence to the

25  extent Plaintiff seeks the following: "**All DOCUMENTS identified or listed in YOUR Initial**

26  **Disclosure** pursuant to Fed. R. Civ. P. 26(a)(1) in this case" (emphasis added). Encore reserves the

27  right to supplement this response as necessary throughout litigation of this matter.

28  / / /

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1   **REQUEST FOR PRODUCTION NO. 6**:

2       All **DOCUMENTS** relating in any way to the alleged debt of Plaintiff and the collection

3   thereof.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 6**:

5       See attached account notes.

6   **REQUEST FOR PRODUCTION NO. 7**:

7       An organizational chart for Defendant, ENCORE RECEIVABLE MANAGEMENT, INC.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 7**:

9       Encore objects to Plaintiff's Request for Production of Documents No. 7 on the grounds

10  that request is unduly burdensome, not relevant to a claim or defense of any party, and not

11  reasonably calculated to lead to the discovery of admissible evidence to the extent Plaintiff seeks

12  the following: "**An organizational chart for Defendant, ENCORE RECEIVABLE**

13  **MANAGEMENT, INC**." (emphasis added).

14  **REQUEST FOR PRODUCTION NO. 8**:

15      Copies of the Complaint for any litigation filed against Defendant, ENCORE

16  RECEIVABLE MANAGEMENT, INC. in the past 3 years alleging violations of the Federal Fair

17  Debt Collection Practices Act, 15 U.S.C. § 1692d(5).

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8**:

19      Encore objects to Plaintiff's Request for Production of Documents No. 8 on the grounds

20  that the request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of

21  any party to this lawsuit, and not reasonably calculated to lead to the discovery of admissible

22  evidence to the extent that Plaintiff seeks the following: "**Copies of the Complaint for any**

23  **litigation filed against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in the**

24  **past 3 years** alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. §

25  1692d(5)" (emphasis added). Subject to and without waiving said objections, the fact that a suit

26  has been brought in any jurisdiction alleging facts completely different and unrelated to the

27  allegations in Plaintiff's Complaint is completely irrelevant. In addition, and without waiving said

28  objections, Encore states that no action has ever been brought which has resulted in a judgment

1  against Encore. Further, and without waiving said objections, Plaintiff is seeking information that

2  is of public record.

3  **REQUEST FOR PRODUCTION NO. 9**:

4     Copies of the Complaint for any litigation filed against Defendant, ENCORE

5  RECEIVABLE MANAGEMENT, INC. in the past 3 years alleging violations of the Federal Fair

6  Debt Collection Practices Act, 15 U.S.C. § 1692d(6).

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9**:

8     Encore objects to Plaintiff's Request for Production of Documents No. 9 on the grounds

9  that the request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of

10  any party to this lawsuit, and not reasonably calculated to lead to the discovery of admissible

11  evidence to the extent that Plaintiff seeks the following: "**Copies of the Complaint for any**

12  **litigation filed against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in the**

13  **past 3 years** alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. §

14  1692d(6)" (emphasis added). Subject to and without waiving said objections, the fact that a suit

15  has been brought in any jurisdiction alleging facts completely different and unrelated to the

16  allegations in Plaintiff's Complaint is completely irrelevant. In addition, and without waiving said

17  objections, Encore states that no action has ever been brought which has resulted in a judgment

18  against Encore. Further, and without waiving said objections, Plaintiff is seeking information that

19  is of public record.

20  **REQUEST FOR PRODUCTION NO. 10**:

21     Copies of the Complaint for any litigation filed against Defendant, ENCORE

22  RECEIVABLE MANAGEMENT, INC. in the past 3 years alleging violations of the Federal Fair

23  Debt Collection Practices Act, 15 U.S.C. § 1692d(11).

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10**:

25     Encore objects to Plaintiff's Request for Production of Documents No. 10 on the grounds

26  that the request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of

27  any party to this lawsuit, and not reasonably calculated to lead to the discovery of admissible

28  evidence to the extent that Plaintiff seeks the following: "**Copies of the Complaint for any**

05704.00:143000

5

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1  **litigation filed against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in the**

2  **past 3 years** alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. §

3  1692d(11)" (emphasis added).  Subject to and without waiving said objections, the fact that a suit

4  has been brought in any jurisdiction alleging facts completely different and unrelated to the

5  allegations in Plaintiff's Complaint is completely irrelevant.  In addition, and without waiving said

6  objections, Encore states that no action has ever been brought which has resulted in a judgment

7  against Encore.  Further, and without waiving said objections, Plaintiff is seeking information that

8  is of public record.

9  <u>**REQUEST FOR PRODUCTION NO. 11**</u>:

10      Copies of the Complaint for any litigation filed against Defendant, ENCORE

11  RECEIVABLE MANAGEMENT, INC. in the past 3 years alleging violations of California

12  Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.11(b).

13  <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 11**</u>:

14      Encore objects to Plaintiff's Request for Production of Documents No. 11 on the grounds

15  that the request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of

16  any party to this lawsuit, and not reasonably calculated to lead to the discovery of admissible

17  evidence to the extent that Plaintiff seeks the following: "**Copies of the Complaint for any**

18  **litigation filed against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in the**

19  **past 3 years** alleging violations of the federal California Rosenthal Fair Debt Collection Practices

20  Act, Cal. Civil Code § 1788.11(b)" (emphasis added).  Subject to and without waiving said

21  objections, the fact that a suit has been brought in any jurisdiction alleging facts completely

22  different and unrelated to the allegations in Plaintiff's Complaint is completely irrelevant.  In

23  addition, and without waiving said objections, Encore states that no action has ever been brought

24  which has resulted in a judgment against Encore.  Further, and without waiving said objections,

25  Plaintiff is seeking information that is of public record.

26  <u>**REQUEST FOR PRODUCTION NO. 12**</u>:

27      Copies of the Complaint for any litigation filed against Defendant, ENCORE

28  RECEIVABLE MANAGEMENT, INC. in the past 3 years alleging violations of California

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1  Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.11(d).

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12**:

3      Encore objects to Plaintiff's Request for Production of Documents No. 12 on the grounds

4  that the request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of

5  any party to this lawsuit, and not reasonably calculated to lead to the discovery of admissible

6  evidence to the extent that Plaintiff seeks the following: "**Copies of the Complaint for any**

7  **litigation filed against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in the**

8  **past 3 years** alleging violations of the California Rosenthal Fair Debt Collection Practices Act,

9  Cal. Civil Code § 1788.11(d)" (emphasis added).  Subject to and without waiving said objections,

10  the fact that a suit has been brought in any jurisdiction alleging facts completely different and

11  unrelated to the allegations in Plaintiff's Complaint is completely irrelevant.  In addition, and

12  without waiving said objections, Encore states that no action has ever been brought which has

13  resulted in a judgment against Encore.  Further, and without waiving said objections, Plaintiff is

14  seeking information that is public record.

15  **REQUEST FOR PRODUCTION NO. 13**:

16      Copies of the Complaint for any litigation filed against Defendant, ENCORE

17  RECEIVABLE MANAGEMENT, INC. in the past 3 years alleging violations of California

18  Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.11(e).

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13**:

20      Encore objects to Plaintiff's Request for Production of Documents No. 13 on the grounds

21  that the request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of

22  any party to this lawsuit, and not reasonably calculated to lead to the discovery of admissible

23  evidence to the extent that Plaintiff seeks the following: "**Copies of the Complaint for any**

24  **litigation filed against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in the**

25  **past 3 years** alleging violations of the California Rosenthal Fair Debt Collection Practices Act,

26  Cal. Civil Code § 1788.11(e)" (emphasis added).  Subject to and without waiving said objections,

27  the fact that a suit has been brought in any jurisdiction alleging facts completely different and

28  unrelated to the allegations in Plaintiff's Complaint is completely irrelevant.  In addition, and

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1 | without waiving said objections, Encore states that no action has ever been brought which has

2 | resulted in a judgment against Encore. Further, and without waiving said objections, Plaintiff is

3 | seeking information that is of public record.

4 | **REQUEST FOR PRODUCTION NO. 14**:

5 | Any insurance policies covering Defendant, ENCORE RECEIVABLE MANAGEMENT,

6 | INC. for violation of the Fair Debt Collection Practices Act or the Rosenthal Fair Debt Collection

7 | Practices Act.

8 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 14**:

9 | None.

10 | **REQUEST FOR PRODUCTION NO. 15**:

11 | All DOCUMENTS in Defendant, ENCORE RECEIVABLE MANAGEMENT, INC.'s

12 | possession sent to or received from anyone which in any way relate to the debt owed by Plaintiff.

13 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 15**:

14 | Encore objects to Plaintiff's Request for Production of Documents No. 15 on the grounds

15 | that the request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of

16 | any party to this lawsuit, and not reasonably calculated to lead to the discovery of admissible

17 | evidence to the extent that Plaintiff seeks the following: **"All DOCUMENTS in Defendant,**

18 | **ENCORE RECEIVABLE MANAGEMENT, INC.'s, possession sent to or received from**

19 | **anyone** which in any way relate to the debt owed by Plaintiff" (emphasis added). Further, and

20 | without waiving said objections, Plaintiff is seeking proprietary and/or confidential information.

21 | **REQUEST FOR PRODUCTION NO. 16**:

22 | All **DOCUMENTS** in Defendant, ENCORE RECEIVABLE MANAGEMENT, INC.'s

23 | possession sent to or received from Plaintiff which in any way relate to the debt owed by Plaintiff.

24 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 16**:

25 | Encore objects to Plaintiff's Request for Production of Documents No. 16 on the grounds

26 | that the request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of

27 | any party to this lawsuit, and not reasonably calculated to lead to the discovery of admissible

28 | evidence to the extent that Plaintiff seeks the following: **"All DOCUMENTS in Defendant,**

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

CARLSON & MESSER LLP

5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1 | **ENCORE RECEIVABLE MANAGEMENT, INC.'s, possession sent to or received from**

2 | **Plaintiff** which in any way relate to the debt owed by Plaintiff" (emphasis added).  Further, and

3 | without waiving said objections, Plaintiff is seeking proprietary and/or confidential information.

4 | **REQUEST FOR PRODUCTION NO. 17**:

5 | All operation manuals or similar **DOCUMENTS**, etc., utilized by Defendant, ENCORE

6 | RECEIVABLE MANAGEMENT, INC. relating to its compliance with the Federal Fair Debt

7 | Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

8 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 17**:

9 | Encore objects to Plaintiff's Request for Production of Documents No. 17 on the grounds

10 | that request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of any

11 | party, and not reasonably calculated to lead to the discovery of admissible evidence to the extent

12 | Plaintiff seeks the following: "All operation manuals or similar DOCUMENTS, etc., utilized by

13 | Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., relating to its compliance with the

14 | federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq."  Responding party further

15 | objects to the request to the extent it seeks proprietary or trade secret information.  Subject to and

16 | without waiving the foregoing objections, responding party states:  Encore will produce its training

17 | manuals utilized in connection with its collection process, training programs and ongoing training

18 | programs upon the entry of a suitable protective order as the documents contain confidential and/or

19 | proprietary information and/or the trade secrets of Encore.  Certain materials are written, others are

20 | computerized and others are audio/visual.

21 | **REQUEST FOR PRODUCTION NO. 18**:

22 | All operation manuals or similar DOCUMENTS, etc., utilized by Defendant, ENCORE

23 | RECEIVABLE MANAGEMENT, INC. relating to its compliance with the California Rosenthal

24 | Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq.*

25 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 18**:

26 | Encore objects to Plaintiff's Request for Production of Documents No. 18 on the grounds

27 | that request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of any

28 | party, and not reasonably calculated to lead to the discovery of admissible evidence to the extent

05704.00:143000

9

1   Plaintiff seeks the following: "All operation manuals or similar DOCUMENTS, etc., utilized by

2   Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., relating to its compliance with the

3   California Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788, et seq."

4   Responding party further objects to the request to the extent it seeks proprietary or trade secret

5   information. Subject to and without waiving the foregoing objections, responding party states:

6   Encore will produce its training manuals utilized in connection with its collection process, training

7   programs and ongoing training programs upon the entry of a suitable protective order as the

8   documents contain confidential and/or proprietary information and/or the trade secrets of Encore.

9   Certain materials are written, others are computerized and others are audio/visual.

10   **REQUEST FOR PRODUCTION NO. 19**:

11          All **DOCUMENTS** relating to the maintenance of procedures by Defendant, ENCORE

12   RECEIVABLE MANAGEMENT, INC. adapted to avoid any violation of the Federal Fair Debt

13   Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 19**:

15          Encore objects to Plaintiff's Request for Production of Documents No. 19 on the grounds

16   that request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of any

17   party, and not reasonably calculated to lead to the discovery of admissible evidence to the extent

18   Plaintiff seeks the following: "All operation manuals or similar DOCUMENTS, etc., utilized by

19   Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., relating to its compliance with the

20   California Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788, et seq."

21   Responding party further objects to the request to the extent it seeks proprietary or trade secret

22   information. Subject to and without waiving the foregoing objections, responding party states:

23   Encore will produce its training manuals utilized in connection with its collection process, training

24   programs and ongoing training programs upon the entry of a suitable protective order as the

25   documents contain confidential and/or proprietary information and/or the trade secrets of Encore.

26   Certain materials are written, others are computerized and others are audio/visual.

27   **REQUEST FOR PRODUCTION NO. 20**:

28          All **DOCUMENTS** relating to the maintenance of procedures by Defendant, ENCORE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1  RECEIVABLE MANAGEMENT, INC. adapted to avoid any violation of the California Rosenthal

2  Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq.*

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

4          Encore objects to Plaintiff's Request for Production of Documents No. 20 on the grounds

5  that request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of any

6  party, and not reasonably calculated to lead to the discovery of admissible evidence to the extent

7  Plaintiff seeks the following: "All DOCUMENTS relating to the maintenance of procedures by

8  Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., adapted to avoid any violation of

9  the California Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788, et seq."

10 Responding party further objects to the request to the extent it seeks proprietary or trade secret

11 information. Subject to and without waiving the foregoing objections, responding party states:

12 Encore will produce its training manuals utilized in connection with its collection process, training

13 programs and ongoing training programs upon the entry of a suitable protective order as the

14 documents contain confidential and/or proprietary information and/or the trade secrets of Encore.

15 Certain materials are written, others are computerized and others are audio/visual.

16 **REQUEST FOR PRODUCTION NO. 21:**

17         All material, including video and audio tapes, pertaining to training by or for Defendant,

18 ENCORE RECEIVABLE MANAGEMENT, INC. and its employees regarding the Federal Fair

19 Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

21         Encore objects to Plaintiff's Request for Production of Documents No. 21 on the grounds

22 that request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of any

23 party, and not reasonably calculated to lead to the discovery of admissible evidence to the extent

24 Plaintiff seeks the following: "All material, including video and audio tapes, pertaining to training

25 by or for Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., and its employees

26 regarding the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq." Responding

27 party further objects to the request to the extent it seeks proprietary or trade secret information.

28 Subject to and without waiving the foregoing objections, responding party states:  Encore will

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1  produce its training manuals utilized in connection with its collection process, training programs

2  and ongoing training programs upon the entry of a suitable protective order as the documents

3  contain confidential and/or proprietary information and/or the trade secrets of Encore.  Certain

4  materials are written, others are computerized and others are audio/visual.

5  **REQUEST FOR PRODUCTION NO. 22**:

6       All material, including video and audio tapes, pertaining to training by or for Defendant,

7  ENCORE RECEIVABLE MANAGEMENT, INC. and its employees regarding the California

8  Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq.*

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 22**:

10      Encore objects to Plaintiff's Request for Production of Documents No. 22 on the grounds

11  that request is vague, overly broad, unduly burdensome, not relevant to a claim or defense of any

12  party, and not reasonably calculated to lead to the discovery of admissible evidence to the extent

13  Plaintiff seeks the following: "All material, including video and audio tapes, pertaining to training

14  by or for Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., and its employees

15  regarding the California Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788, et

16  seq." Responding party further objects to the request to the extent it seeks proprietary or trade

17  secret information. Subject to and without waiving the foregoing objections, responding party

18  states: Encore will produce its training manuals utilized in connection with its collection process,

19  training programs and ongoing training programs upon the entry of a suitable protective order as

20  the documents contain confidential and/or proprietary information and/or the trade secrets of

21  Encore.  Certain material are written, others are computerized and others are audio/visual.

22  **REQUEST FOR PRODUCTION NO. 23**:

23      All fee agreements between Defendant, ENCORE RECEIVABLE MANAGEMENT, INC.

24  pertaining to the collection of the debt owed by Plaintiff.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 23**:

26      Encore objects to Plaintiff's Request for Production of Documents No. 23 on the grounds

27  that request is subject to the attorney/client privilege, not relevant to a claim or defense of any

28  party, and not reasonably calculated to lead to the discovery of admissible evidence to the extent

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1   Plaintiff seeks the following: "**All fee agreements between Defendant, ENCORE**

2   **RECEIVABLE MANAGEMENT, INC., and its attorneys** or other DOCUMENTS relating to

3   such fees" (emphasis added).

4   **REQUEST FOR PRODUCTION NO. 24**:

5       A copy of the entire contents of the collection file maintained by Defendant, ENCORE

6   RECEIVABLE MANAGEMENT, INC. pertaining to the collection of the debt owed by Plaintiff.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 24**:

8       See attached account notes.

9

10   DATED:  April 3, 2008          CARLSON & MESSER LLP

11

12                   By

13                       David J. Kaminski, Esq.

                        Stephen A. Watkins, Esq.

                        Attorneys for Defendant,

14                         ENCORE RECEIVABLE MANAGEMENT, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05704.00:143000

13

**RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION**    CASE NO. C07 05856 SC

```
                        Account Screen
Account: 6019180368616153GE    Window: 12
```



```
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ Voice Track Recordings ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ¿Ä
³                                                                            ³
³  Key   File Name                        User  Date        Rel. Acct.      ³
³  4384  V:\GE\20070403\14\1175628159.487  A17W  04/03/2007  6019180368       ³
³  4448  V:\GE\20070409\15\1176150390.494  A18B  04/09/2007  6019180368       ³
³  4457  V:\GE\20070410\12\1176225217.494  A18B  04/10/2007  6019180368       ³
³  4461  V:\GE\20070410\15\1176238536.197  W15B  04/10/2007  6019180368       ³
³  4509  V:\GE\20070414\13\1176573799.485  B14B  04/14/2007  6019180368       ³
³                                                                            ³
³                                                                            ³
³                                                                            ³
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ <GOLD-D> for Drill-Down ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÙÄ
```

Already on First Page.

```
                                    Account Screen
Account: 6019180368616153GE         Window:

ÚÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ General Information ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ
³                  Encore Account #:              1188563
³ First Name: SAM K              Last Name: DADJO
³   Addr: 28369 ROCHELLE AVE        Social Security #:
³   Addr:                                      Home Phone: 510-690-0116
³   City: HAYWARD                               Work Phone:            0
³   State: CA    Zip: 94544                 Old Home Phone:
³                                           Old Work Phone:
³
³ Collector:                             Load Date:04/30/2007
³                                        Balance:   $1,214.00
³ Pool:                                  Amount Past Due:    $126.00
³ SAM K DADJO ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ
ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ
```

E000002

```
                              Account Screen
Account: 6019180368616153GE   Window: 6

ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ General Information ÃÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
 ³               Encore Account #:              1188563
 ³ First Name: SAM K               Last Name: DADJO
 ³   Addr: 28369 ROCHELLE AVE        Social Security #:
 ³   Addr:                               Home Phone: 510-690-0116
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ View All Notes ÃÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
 ³ NJ    04/30/07 11:10P Item modified by Logic Block CLEARCNT.
 ³ sys   04/30/07  7:41P Unattended Message Left
 ³ sys   04/30/07  5:58A Modified by NB Batch .
 ³ sys   04/29/07 10:02A Unattended Message Left
 ³ sys   04/28/07  6:05A Modified by NB Batch .
 ³ sys   04/27/07  3:35P Unattended Message Left
 ³ KMJ2  04/27/07  9:09A Modified by NB Batch .
 ³ sys   04/27/07  6:29A Modified by NB Batch .
 ³ sys   04/26/07  1:27P Unattended Message Left
 ³ sys   04/26/07  6:01A Modified by NB Batch .
 ³ sys   04/25/07  1:50P Unattended Message Left
 ³ sys   04/25/07  6:03A Modified by NB Batch .
ÃÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ<Gold><S> for SearchÃÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```

E000003

```
                              Account Screen
Account: 6019180368616153GE   Window: 6

ÚÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ General Information ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ
³            Encore Account #:            1188563
³ First Name: SAM K           Last Name: DADJO
³    Addr: 28369 ROCHELLE AVE       Social Security #:
³    Addr:                        Home Phone: 510-690-0116
ÚÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ View All Notes ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ
³ sys  04/24/07  2:05P Unattended Message Left
³ KMJ2 04/24/07  9:41A Modified by NB Batch .
³ KMJ  04/24/07  9:13A Account modified by Logic Block BANKOIMP. Removed from
³                      Pool 666.
³ sys  04/24/07  6:02A Modified by NB Batch .
³ sys  04/23/07  4:53P Unattended Message Left
³ sys  04/23/07  5:59A Modified by NB Batch .
³ sys  04/22/07 10:19A Unattended Message Left
³ sys  04/21/07 10:46A Unattended Message Left
³ sys  04/21/07  5:57A Modified by NB Batch .
³ sys  04/20/07 12:27P Unattended Message Left
³ KMJ2 04/20/07  9:21A Modified by NB Batch .ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ
ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ<Gold><S> for SearchÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ
```

E000004

```
                          Account Screen
Account: 6019180368616153GE    Window: 6
```

ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ General Information ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```
³              Encore Account #:           1188563
³ First Name: SAM K          Last Name: DADJO
³   Addr: 28369 ROCHELLE AVE    Social Security #:
³   Addr:                              Home Phone: 510-690-0116
```
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ View All Notes ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```
³ sys  04/20/07  6:05A Modified by NB Batch .
³ sys  04/19/07  1:27P Unattended Message Left
³ sys  04/19/07 10:27A contacted by dialer (Unattended Messaging) 510-690-0116
³                      (STHOMEPH)
³ sys  04/19/07  6:00A Modified by NB Batch .
³ sys  04/18/07  2:19P Unattended Message Left
³ sys  04/18/07  6:02A Modified by NB Batch .
³ sys  04/17/07  4:50P Unattended Message Left
³ KMJ2 04/17/07  9:48A Modified by NB Batch .
³ NJ   04/17/07  7:47A Account modified by Logic Block BANKOLB. Removed from
³                      Pool 666.
³ sys  04/17/07  5:59A Modified by NB Batch .
```
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ<Gold><S> for SearchÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ

E000005

```
                              Account Screen
Account: 6019180368616153GE    Window: 6

ÚÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ General Information ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ
 ³            Encore Account #:              1188563
 ³ First Name: SAM K              Last Name: DADJO
 ³   Addr: 28369 ROCHELLE AVE       Social Security #:
 ³   Addr:                               Home Phone: 510-690-0116
ÚÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ View All Notes ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ
 ³ sys  04/16/07  5:59A Modified by NB Batch .
 ³ E1R  04/15/07  1:37P Viewed in Preview Mode. Removed from Pool 667.
 ³ sys  04/14/07  2:44P Unattended Message Left
 ³ sys  04/14/07  2:44P Account modified by Logic Block GERSFCO. Removed from
 ³                      Pool 662.
 ³ B14B 04/14/07  1:03P contacted by dialer 510-690-0116 (STHOMEPH)
 ³ B14B 04/14/07  1:03P Account modified by Logic Block BEGINREC. Removed from
 ³                      Pool 660.
 ³ sys  04/14/07  6:10A Modified by NB Batch .
 ³ sys  04/13/07 12:21P Unattended Message Left
 ³ KMJ2 04/13/07 10:37A Modified by NB Batch .
 ³ KMJ2 04/13/07 10:37A Account modified by Logic Block DECIMP. Removed from
ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ<Gold><S> for SearchÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃ
```

E000006

```
                              Account Screen
Account: 6019180368616153GE     Window: 6

ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ General Information ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
 ³              Encore Account #:              1188563
 ³  First Name: SAM K               Last Name: DADJO
 ³    Addr: 28369 ROCHELLE AVE         Social Security #:
 ³    Addr:                              Home Phone: 510-690-0116
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ View All Notes ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
 ³                    Pool 662.
 ³  KMJ  04/13/07  9:59A Account modified by Logic Block BANKOIMP. Removed from
 ³                    Pool 660.
 ³  NJ   04/13/07  7:47A Account modified by Logic Block BANKOLB. Removed from
 ³                    Pool 660.
 ³  sys  04/13/07  6:08A Modified by NB Batch .
 ³  sys  04/12/07 10:38A Unattended Message Left
 ³  sys  04/12/07  6:01A Modified by NB Batch .
 ³  sys  04/11/07  4:18P Modified by NB Batch .
 ³  sys  04/11/07 10:02A Unattended Message Left
 ³  sys  04/11/07 10:02A STCODE changed from 3BAD to UNLM
 ³  sys  04/11/07  7:04A Modified by NB Batch .
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ<Gold><S> for SearchÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```

E000007

```
                              Account Screen
Account: 6019180368616153GE   Window: 6

ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ General Information ÃÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³              Encore Account #:              1188563
³ First Name: SAM K                Last Name: DADJO
³    Addr: 28369 ROCHELLE AVE        Social Security #:
³    Addr:                            Home Phone: 510-690-0116
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ View All Notes ÃÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³ sys  04/11/07  7:04A Account modified by Logic Block GERSFLB. Removed from
³                      Pool 660.
³ W15B 04/10/07  3:56P STPTPDTE changed from  to
³ W15B 04/10/07  3:56P STPTPAMT changed from $ to $
³ W15B 04/10/07  3:56P STCTNXT changed from 04/04/2007 to 04/11/2007
³ W15B 04/10/07  3:55P contacted by dialer 800-638-9994 (STWORKPH)
³ W15B 04/10/07  3:55P Account modified by Logic Block BEGINREC. Removed from
³                      Pool 662.
³ sys  04/10/07  2:44P Account modified by Logic Block GERSFNA. Removed from
³                      Pool 662.
³ sys  04/10/07  2:44P WORK STWORKPH - No Answer
³ sys  04/10/07  1:26P WORK STWORKPH - Outbound Hold Lost - CALL DROPPED
ÃÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ<Gold><S> for SearchÃÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```

E000008

```
                              Account Screen
Account: 6019180368616153GE   Window: 6

ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ General Information ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
 ³               Encore Account #:          1188563
 ³ First Name: SAM K               Last Name: DADJO
 ³    Addr: 28369 ROCHELLE AVE        Social Security #:
 ³    Addr:                             Home Phone: 510-690-0116
 ³    Addr:
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ View All Notes ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
 ³ A18B 04/10/07 12:13P contacted by dialer 800-638-9994 (STWORKPH)
 ³ A18B 04/10/07 12:13P Account modified by Logic Block BEGINREC. Removed from
 ³                      Pool 660.
 ³ sys  04/10/07 11:00A Account modified by Logic Block GERSFNA. Removed from
 ³                      Pool 662.
 ³ sys  04/10/07 11:00A WORK STWORKPH - No Answer
 ³ KMJ2 04/10/07  9:19A Modified by NB Batch .
 ³ sys  04/10/07  8:31A Account modified by Logic Block GERSFNA. Removed from
 ³                      Pool 660.
 ³ sys  04/10/07  8:31A WORK STWORKPH - No Answer
 ³ NJ   04/10/07  7:51A Account modified by Logic Block BANKOLB. Removed from
 ³                      Pool 660.
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ<Gold><S> for SearchÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```

E000009

```
                              Account Screen
Account: 6019180368616153GE   Window: 6
```

Ú‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ General Information ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
```
›                  Encore Account #:              1188563
› First Name: SAM K              Last Name: DADJO
›    Addr: 28369 ROCHELLE AVE        Social Security #:
›    Addr:                                Home Phone: 510-690-0116
```
Ú‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ View All Notes ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
```
› sys  04/10/07  6:08A Modified by NB Batch .
› sys  04/09/07  7:01P Account modified by Logic Block GERSFNA. Removed from
›                      Pool 660.
› sys  04/09/07  7:01P HOME STHOMEPH - No Answer
› sys  04/09/07  3:48P WORK STWORKPH - Outbound Hold Lost - CALL DROPPED
› A18B 04/09/07  3:26P contacted by dialer 800-638-9994 (STWORKPH)
› A18B 04/09/07  3:26P Account modified by Logic Block BEGINREC. Removed from
›                      Pool 660.
› sys  04/09/07 11:40A Account modified by Logic Block GERSFNA. Removed from
›                      Pool 660.
› sys  04/09/07 11:40A WORK STWORKPH - No Answer
› sys  04/09/07  8:34A Account modified by Logic Block GERSFNA. Removed from
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<Gold><S> for Search‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
```

E000010

```
                               Account Screen
Account: 6019180368616153GE    Window: 6

ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ General Information ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
 ³          Encore Account #:          1188563
 ³ First Name: SAM K           Last Name: DADJO
 ³    Addr: 28369 ROCHELLE AVE      Social Security #:
 ³    Addr:                            Home Phone: 510-690-0116
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ View All Notes ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
 ³                    Pool 660.
 ³ sys  04/09/07  8:34A WORK STWORKPH - No Answer
 ³ sys  04/09/07  6:02A Modified by NB Batch .
 ³ sys  04/07/07  3:12P Account modified by Logic Block GERSFNA. Removed from
 ³                    Pool 660.
 ³ sys  04/07/07  3:12P WORK STWORKPH - No Answer
 ³ sys  04/07/07  1:54P Account modified by Logic Block GERSFNA. Removed from
 ³                    Pool 660.
 ³ sys  04/07/07  1:54P WORK STWORKPH - No Answer
 ³ sys  04/07/07 11:40A Account modified by Logic Block GERSFNA. Removed from
 ³                    Pool 660.
 ³ sys  04/07/07 11:40A WORK STWORKPH - No Answer
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ<Gold><S> for SearchÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```

E000011

```
                          Account Screen
Account: 6019180368616153GE    Window: 6

ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ General Information ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³            Encore Account #:            1188563
³ First Name: SAM K            Last Name: DADJO
³   Addr: 28369 ROCHELLE AVE        Social Security #:
³   Addr:                              Home Phone: 510-690-0116
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ View All Notes ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³ sys  04/07/07 11:06A Account modified by Logic Block GERSFNA. Removed from
³                      Pool 662.
³ sys  04/07/07 11:06A WORK STWORKPH - No Answer
³ sys  04/07/07  9:51A Account modified by Logic Block GERSFNA. Removed from
³                      Pool 660.
³ sys  04/07/07  9:51A WORK STWORKPH - No Answer
³ sys  04/07/07  8:40A Account modified by Logic Block GERSFNA. Removed from
³                      Pool 662.
³ sys  04/07/07  8:40A WORK STWORKPH - No Answer
³ sys  04/07/07  6:05A Modified by NB Batch .
³ A17W 04/03/07  2:23P STPTPDTE changed from  to
³ A17W 04/03/07  2:23P STPTPAMT changed from $ to $
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ<Gold><S> for SearchÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```

E000012

```
                              Account Screen
Account: 6019180368616153GE   Window: 6

ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ General Information ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³            Encore Account #:           1188563
³ First Name: SAM K               Last Name: DADJO
³   Addr: 28369 ROCHELLE AVE      Social Security #:
³   Addr:                                 Home Phone: 510-690-0116
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ View All Notes ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³ A17W 04/03/07  2:23P STCTNXT changed from  to 04/04/2007
³ A17W 04/03/07  2:23P STCODE changed from UNLM to 3BAD
³ A17W 04/03/07  2:22P contacted by dialer 800-638-9994 (STWORKPH)
³ A17W 04/03/07  2:22P Account modified by Logic Block BEGINREC. Removed from
³                      Pool 660.
³ KMJ2 04/03/07 10:13A Modified by NB Batch .
³ sys  04/03/07  6:03A Modified by NB Batch .
³ sys  04/02/07  5:16P Unattended Message Left
³ sys  04/02/07  6:02A Modified by NB Batch .
³ NJ   03/31/07 10:49P Item modified by Logic Block CLEARCNT.
³ sys  03/31/07  6:21A Modified by NB Batch .
³ sys  03/30/07 12:45P Unattended Message Left
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ<Gold><S> for SearchÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```

E000013

```
                              Account Screen
Account: 6019180368616153GE   Window: 6
```

ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ General Information ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```
³                    Encore Account #:          1188563
³ First Name: SAM K                  Last Name: DADJO
³   Addr: 28369 ROCHELLE AVE          Social Security #:
³   Addr:                                    Home Phone: 510-690-0116
```
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ View All Notes ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```
³ KMJ2 03/30/07  9:57A Modified by NB Batch .
³ sys  03/30/07  6:05A Modified by NB Batch .
³ sys  03/29/07  8:34P Unattended Message Left
³ sys  03/29/07  8:34P Account modified by Logic Block GERSFCO. Removed from
³                      Pool 662.
³ sys  03/29/07  5:58A Modified by NB Batch .
³ sys  03/28/07  1:54P Unattended Message Left
³ sys  03/28/07  6:01A Modified by NB Batch .
³ sys  03/27/07  4:11P Unattended Message Left
³ sys  03/27/07 12:39P Account modified by Logic Block GERSFNA. Removed from
³                      Pool 666.
³ sys  03/27/07 12:39P HOME STHOMEPH - No Answer
```
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ<Gold><S> for SearchÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```

E000014

```
                           Account Screen
Account: 6019180368616153GE   Window: 6

ÚÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ General Information ÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ
 ³              Encore Account #:          1188563
 ³ First Name: SAM K                 Last Name: DADJO
 ³   Addr: 28369 ROCHELLE AVE        Social Security #:
 ³   Addr:                                     Home Phone: 510-690-0116
ÚÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ View All Notes ÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ
 ³ KMJ2 03/27/07 10:44A Modified by NB Batch .
 ³ sys  03/27/07  6:00A Modified by NB Batch .
 ³ sys  03/26/07  6:02A Modified by NB Batch .
 ³ sys  03/24/07 12:47P Account modified by Logic Block GERSFNA. Removed from
 ³                      Pool 666.
 ³ sys  03/24/07 12:47P HOME STHOMEPH - No Answer
 ³ sys  03/24/07  6:19A Modified by NB Batch .
 ³ sys  03/23/07 12:59P Unattended Message Left
 ³ JMP2 03/23/07  9:35A Modified by NB Batch .
 ³ sys  03/23/07  6:20A Modified by NB Batch .
 ³ sys  03/22/07  3:43P Unattended Message Left
 ³ sys  03/22/07  3:43P STCODE changed from  to UNLM
ÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ<Gold><S> for SearchÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ
```

E000015

```
                              Account Screen
Account: 6019180368616153GE    Window: 6

ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ General Information ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³              Encore Account #:           1188563
³ First Name: SAM K              Last Name: DADJO
³   Addr: 28369 ROCHELLE AVE       Social Security #:
³   Addr:                              Home Phone: 510-690-0116
³   Addr:
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ View All Notes ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³ sys  03/22/07  5:56A Modified by NB Batch .
³ sys  03/21/07  6:15A Modified by NB Batch .
³ NJ   03/20/07  9:25A Modified by NB Batch .
³ KMJ2 03/20/07  9:11A Modified by NB Batch .
³ sys  03/20/07  6:06A Modified by NB Batch .
³ sys  03/19/07  2:45P Outbound Call - Connected
³ MLH  03/19/07  2:02P Modified by NB Batch .
³ MLH  03/19/07  2:02P STCODE changed from UNLM to
³ NJ   03/19/07  7:14A Letter 400 printed on 03/19/2007  7:02AM
³ sys  03/19/07  6:04A Modified by NB Batch .
³ sys  03/18/07  1:52P Outbound Call - Connected
³ sys  03/17/07  3:49P Unattended Message Left
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ<Gold><S> for SearchÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
```

E000016

```
                              Account Screen
Account: 6019180368616153GE    Window: 6

ÚÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ General Information ÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ
 ³            Encore Account #:            1188563
 ³ First Name: SAM K            Last Name: DADJO
 ³   Addr: 28369 ROCHELLE AVE    Social Security #:
 ³   Addr:                              Home Phone: 510-690-0116
ÚÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ View All Notes ÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ
 ³ sys  03/17/07  3:49P STCODE changed from  to UNLM
 ³ KLS2 03/17/07 10:56A Letter 400 sent on 60706.
 ³ KLS2 03/17/07 10:56A Letter 400 requested.
 ³ KLS2 03/17/07 10:56A Modified by NB Batch .
 ³
 ³
 ³
 ³
 ³
 ³
 ³
 ³
ÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ<Gold><S> for SearchÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂÂ
```

E000017

E000018

```
NEW FDR-NET 10.174.95.245 - myEXTRA! Enterprise

DADJO,SAN X**28369 ROCHELLE AVE**HAYWARD*CA*94544-54X9*6019803661615 3*0

              AGNT BANK NAME  CARE CREDIT/GEMB                    03/31/08 08:45

CURRENT BAL      0.00    STATUS CODES INTEXT   /2    HOME PHONE  510-690-0116
AVAILABLE CR     3000    CYCLE CODE/HOLD CODE  019   WORK PHONE
LAST PMT AMT       30    LAST MONETARY 07-02-07 V    # DAYS DELINQUENT      0
LAST PMT DATE 12-09-06   OPEN DATE 11-05 EXP 20-99   COL CD 099  DEL SCM 0000
AMOUNT DUE          0    LAST REAGE DATE             WORK DATE    05-01-07
AMT DELINQ          0    REAGE 00  AUTH FLAG         PRI SOC SECX  ***8-6507
PMT DUE DATE  03-26-08   AMT 1 CYC DEL     0.00      SEC SOC SECX 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
NON DELQ AMT DUE    0    AMT 2 CYC DEL     0.00      DISP        0    0    0
FIXED PAY AMT    0.00    AMT 3 CYC DEL     0.00      SCORE:      BH 577 CR 099
PROMISE DATE 00-00-00    AMT 4 CYC DEL     0.00      PREV REAGE
PROMISE AMOUNT          AMT 5 CYC DEL     0.00      MISC F BBA    82
DATE LAST STMT 11-04-07  AMT 6 CYC DEL     0.00      PRIOR REAGE
XRF 1 0000000000000000  XRF 2 0000000000000000     XRF 3 0000000000000000

164 042407 *COLL STLLMNT TAX OFFER 04-24 $789.00 GOOD FOR 30 DAYS
164 032807 *COLL STLLMNT TAX OFFER 03-28 $922.00 GOOD FOR 30 DAYS
GAS 082207 ?COLL TSVS - CASE:0741391, CH 7, DISCHARGED ON 07/31/07
GAS 082207 ?COLL TSVS - CASE:0741391, CH 7, FD 05/02/07 BK BAL: $1,214.16
GAS 050607 ?COLL TSVS...PETITION SOURCE: PAPER KEY: 0741391*CAN*A
018 07-02-07 807 211 B N CO     017 05-04-07 847 TO B SC

W0:00.3                                                               01/03
```

E0000019

NEW-FDR-NET 10.174.95.246 - myEXTRA! Enterprise

```
CMS DISDISPLAY
DADJQ,SRN M**28369 ROCHELLE C/U=UPDATE AUE**KAY-DARD*CA*94544-5449.60191803636165152*0
                                        ACCOUNT #  60191803636165153      PAGE  001

CMDS   S=SELECT   C/U=UPDATE   D=DELETE

C USER   TYPE   DATE    TIME    MEMO TEXT
164      *COLL   042407  1439    STLLMT TAX OFFER 04-24  $789.00 GOOD FOR 30 DAYS
164      *COLL   032807  1502    STLLMT TAX OFFER 03-20  $922.00 GOOD FOR 30 DAYS
GAS      *COLL   082207  1429    TSYS  - CASE:07413311, CH 7, DISCHARGED ON 07/31/07
GAS      *COLL   060607  1513    TSYS  - CASE:07413311, CH 7, FD 05/02/07 BK BAL: $1,214*
GAS      *COLL   060607  1513    TSYS...PETITION SOURCE: PAPER KEY: 0741331*CAN*4
GAS      *COLL   052107  1124    TSYS  - CASE:07413311, CH 7, FD 05/02/07 BK BAL: $1,214*
GAS      *COLL   052107  1124    TSYS...PETITION SOURCE: PAPER KEY: 0741331*CAN*4
GAS      *COLL   051607  0936    TSYS  - CASE:07413311, CH 7, FD 05/02/07 BK BAL: $1,214*
GAS      *COLL   051807  0825    TSYS...PETITION SOURCE: PAPER KEY: 0741331*CAN*4
GAS      *COLL   051807  0825    TSYS  - CASE:07413311, CH 7, FD 05/02/07 BK BAL: $1,214*
GAS      *COLL   050407  1442    TSYS...PETITION SOURCE: EBH KEY: 0741331*CAN*4
GAS      *COLL   050407  1442    TSYS  - CASE:07413311, CH 7, FD 05/02/07 BK BAL: $1,214*
GAS      *COLL   050407  1442    TSYS...PETITION SOURCE: EBH KEY: 0741331*CAN*4
GAS      *COLL   050407  1442    %ATTY: FRED D SCHWINN
GAS      *COLL   050407  1442    %ATTY ADDR: CONSUMER LAW CENTER, INC.
GAS      *COLL   050407  1442    %ATTY CITY: SAN JOSE

F2=ADD NEW MEMO   PF5=P11           F7=BACK   F8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY

4:00.1                                                    U2HENTRN  08
                                                             01/03
```

E000020

NEW FDR-NET 10.174.95.246 - myEXTRA! Enterprise

```
@CMS CISDISPLAY
DADJO,SRM M=28359  ROCHELLE QUE**HAYWARD*CA*9454-5449*60191*03686105159*G
                                     ACCOUNT #  60191*03686105159
                                                                 PAGE  002

CMDS  S=SELECT  C/U=UPDATE  D=DELETE

C USER  TYPE  DATE   TIME                      MEMO TEXT
  GAS  *COLL  050407  1442  *ATTY STATE: CA
  GAS  *COLL  050407  1442  *ATTY ZIP: 95113
  GAS  *COLL  050407  1441  *CRTCDE: BCA09
  GAS  *COLL  050407  1441  *STS: PRIMARY
  GAS  *COLL  050407  1441  *DOJ: 07/26/07
  GAS  *COLL  050407  1441  *ATTY PHN: *0822*60100
  GAS  *COLL  050407  1441  *TRUSTEE: LEWIS THOMPSON
  GAS  *COLL  050407  1441  *TRUSTEE ADDR: P.O. BOX 1110
  GAS  *COLL  050407  1441  *TRUSTEE CITY: MARTINEZ
  GAS  *COLL  050407  1441  *TRUSTEE STATE: CA
  GAS  *COLL  050407  1441  *TRUSTEE ZIP: 94552
  GAS  *COLL  050407  1441  *TRUSTEE PHN: 925228*128
  GAS  *COLL  050407  1441  *CHP: 7
  GAS  *COLL  050407  1441  *FLD: 05/02/07
  GAS  *COLL  050407  1441  *CS#: 07413531
  GAS  *COLL  031706  1310  REF LPF 29-08, PROMO MISUNDERSTANDING, PAYMENT REQUIR+
  DS5  *COLL  031706

F2=ADD NEW MEMO  PF5=PF11              F7=BACK  F8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY

4:00.1                                             V2HEITRM 00
                                                   01/03
```

E000021

```
NEW FDR-NET 10.174.95.246 - myEXTRA! Enterprise

BCMS CISDISPLAY
DADJD,SAH K**28369 ROCHELLE AVE**HAYWARD*CA*94544-5459*61918068616153*8
                                          ACCOUNT # 61918068616153    PAGE 003

CMDS  S=SELECT  C/U=UPDATE  D=DELETE              MEMO TEXT

C USER    TYPE   DATE   TIME
BB1 *CIS  110507 1005   REFER CALL TO COLLECTIONS- BALANCE INVALID- ABANDONED *
FDR ARCHIV 031508 0844  MARCH 2008 ARCHIVED 00021 MEMOS
FDR ARCHIV 021608 0418  FEBRUARY 2008 ARCHIVED 00003 MEMOS
##   29   110507 0151   015507 N DPA3881 NH-029 NEWQUEUE=899 PREU=007
BB1  57   110207 0838   CR BUREAU FLAG OLD FIELD= 1 NEW FIELD= 2
BB1  22   103107 1224   NH-022 = 01 PREV CYCLE = 16
NH   79157 082207 2117  NH-791 57 CRED BUR BANKRPTCY DT OLD = 29070594 NEW = *
GAS  132  082207 1429   NH-132  CRED BUR FLAG 2 OLD = A 01 NEW = E 01
NH   16   070207 2012   NH-016 = 2 PRED STATUS = B
035  972  070207 0131   00C0 035 ACCOUNT CHARGED OFF 1214.16 DATE 07/07/02
NH   79157 050407 2106  NH-791 57 CRED BUR BANKRPTCY DT OLD = 00000000 NEW = *
NH   79157 050407 2106  NH-791 57 CRED BUR BANKRPTCY DT OLD = 29070594 NEW = *
NH   18   050407 2106   NH-018 NEW INT SW = 2 OLD INT SW =
NH   NH118X 050407 1453 05/03/2007 45:54:00 HOME PHONE, AND (RSF)
GAS  132  050407 1441   NH-132 CRED BUR FLAG 2 OLD =          NEW = A 01
GAS  28   050407 1441   NH-028 NEW REASON CODE = 67 OLD REASON CODE = 66

F2=ADD NEW MEMO  PF5=P11       PF7=BACK  F8=FORWARD

SELECT & MEMO & ENTER OR PRESS PF KEY

                                                              V2MENTRM 00
W:08.2                                                         01/03
```

E000022

```
NEW FDR-NET 10.174.95.246 - myEXTRA! Enterprise

@CMS CISDISPLAY
DADJO,SAN K**28369  ROCHELLE AVE**HAYWARD*CA*94542-5449*60191863861653*0
                                              ACCOUNT #  60191863861653
                                                              PAGE 004

CMDS  S=SELECT  C/U=UPDATE    D=DELETE          MEMO TEXT
C USER TYPE  DATE   TIME
GAS 5193     050407 1441  NH-051 = W PREV STAT HOLD CODE = Y
GAS 16       050407 1441  NH-016 = B PREV STATUS =
NH  NH118X   050407 1338  050407 12:05:07 HOME PHONE, AND (RSF)
GAS 29       050407 0155  050407 W UJC3 GAS NH-029 NEWQUEUE=847 PREV=000
NH  NH118X   050307 1350  050307 21:53:14 HOME PHONE, AND (RSF)
NH  NH118X   050207 1501  050107 20:45:46 HOME PHONE, AND (RSF)
##  197      042407 0745  H$%4164 NH-197 LETTER = STAX
NH  NH118X   041107 1339  04/10/07 14:24:03 BP, NO ANSWER (ENC)
NH  NH118X   040907 0747  04/09/07 10:01:00 BP, NO ANSWER (ENC)
NH  NH118X   040807 0920  04/07/07 15:12:00 BP, NO ANSWER (ENC)
NH  NH118X   032807 1453  03/27/07 12:59:00 HP, NO ANSWER (ENC)
NH  NH118X   032507 1036  03/24/07 12:47:00 HP, NO ANSWER (ENC)
##  197      032807 0923  H$%4164 NH-197 LETTER = STAX
NH  NH118X   031607 1339  03/16/07 10:38:01 HP, NO ANSWER (GCS)
NH  NH118X   031507 1239  03/15/07 22:02:45 HP, NO ANSWER (GCS)
NH  NH118X   031507 1241  03/15/07 22:50:55 HP, NO ANSWER (GCS)

F2=ADD NEW MEMO      PF5=PIT        P7=BACK     P8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY

 4-00.2                                                    02HENTRN  00
                                                                   01/03
```

E000023

```
NEW FDR-NET 10.174.95.246 - myEXTRA! Enterprise

@CMS CICDISPLAY
B40JG.SAU K**28369 ROCHELLE AUE**HEYWARD*CA*9544-544*601*8036*616153*0
                                    ACCOUNT #  6019183686161 53
                                                            PAGE 005
CMDS   S=SELECT   C/U=UPDATE   D=DELETE

C USER   TYPE   DATE    TIME                    MEMO TEXT

NH NH119X 031407 1241  03/12/07  22:10:09  HP, NO ANSWER (GCS)
NH NH119X 031307 1341  03/11/07  22:54:27  HP, NO ANSWER (GCS)
NH NH119X 030807 2055  03/08/07  15:17:07  HP, NO ANSWER (GCS)
NH NH119X 030807 1130  03/08/07  22:56:56  HP, NO ANSWER (GCS)
NH NH119X 030807 1200  03/07/07  22:59:08  HP, NO ANSWER (GCS)
NH NH119X 030707 1326  03/06/07  22:49:15  HP, NO ANSWER (GCS)
NH NH119X 030607 1322  03/05/07  22:22:57  HP, NO ANSWER (GCS)
NH NH119X 022807 1259  02/27/07  19:45:08  HP, NO ANSWER (GCS)
NH NH119X 022707 1229  02/26/07  22:50:46  HP, NO ANSWER (GCS)
NH NH119X 022607 1235  02/25/07  22:56:46  HP, BUSY (GCS)
NH NH119X 022307 1215  02/22/07  22:59:04  HP, NO ANSWER (GCS)
NH NH119X 022307 1206  02/23/07  12:14:36  HP, NO ANSWER (GCS)
NH NH119X 022207 1237  02/21/07  22:17:36  HP, NO ANSWER (GCS)
NH NH119X 022107 1391  02/20/07  22:47:11  HP, NO ANSWER (GCS)
NH NH119X 022007 1054  02/19/07  22:26:27  HP, NO ANSWER (GCS)
NH NH119X 021707 1513  02/18/07  22:40:02  HP, NO ANSWER (GCS)

F2=ADD NEW MEMO      PF5=PF1          F7=BACK   F8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY

07:00.2                                    V2=NEXTRN  00    01/03
```

E000024

```
@CMS DISPLAY
DADJO,SAM K**28069 ROCHELLE AVE **HAYWARD *CA*94544-549*6019*09368616159*0
                                  ACCOUNT #: 6019*09368616159        PAGE 006

CMDS  S=SELECT  C/U=UPDATE  D=DELETE

C USER   TYPE    DATE   TIME                      MEMO TEXT
  NH   NH118X  021607  1301  02/15/07  22:48:08  HP, NO ANSWER (GCS)
  NH   NH118X  021607  1101  02/16/07  15:30:10  HP, NO ANSWER (GCS)
  NH   NH118X  021507  1226  02/14/07  22:28:59  HP, NO ANSWER (GCS)
  NH   NH118X  021407  1306  02/13/07  22:29:45  HP, NO ANSWER (GCS)
  NH   NH118X  021307  1206  02/12/07  22:42:22  HP, NO ANSWER (GCS)
  NH   NH118X  020507  0825  02/04/07  22:01:46  HP, NO ANSWER (GCS)
  NH   NH118X  020207  1306  02/02/07  15:11:56  HP, NO ANSWER (GCS)
  NH   NH118X  020107  1430  01/31/07  22:42:07  HP, NO ANSWER (GCS)
  NH   NH118X  020107  1341  02/01/07  22:41:52  HP, NO ANSWER (GCS)
  NH   NH118X  013107  1552  01/30/07  22:41:28  HP, NO ANSWER (GCS)
  NH   NH118X  012807  1523  01/29/07  22:28:37  HP, NO ANSWER (GCS)
  NH   NH118X  012607  1352  01/25/07  22:46:02  HP, NO ANSWER (GCS)
  NH   NH118X  012607  1206  01/26/07  14:22:11  HP, NO ANSWER (GCS)
  NH   NH118X  012507  1409  01/24/07  16:51:42  HP, NO ANSWER (GCS)
  NH   NH118X  012407  1453  01/26/07  22:54:57  HP, NO ANSWER (GCS)

F2=ADD NEW MEMO    PF5=PF1              PF7=BACK     PF8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY
```

E000025

```
NEW FDR-NET 10.174.95.245 - myEXTRA! Enterprise

©CMS CISDISPLAY
DADJG*SMH K**28369 ROCHELLE AVE**HAYWARD*CA*945##-5449*04918086616153*0
                                        ACCOUNT #  60191808066616153
                                                              PAGE 007

CMDS   S=SELECT   C/U=UPDATE   D=DELETE

C USER   TYPE   DATE   TIME              MEMO TEXT

  NH   NH118X  012507  1458  04/22/07  15:55:51  HP, NO ANSWER (GCS)
  NH   NH118X  012207  1303  01/29/07  13:06:18  HP, NO ANSWER (GCS)
  NH   NH118X  011907  1556  01/18/07  21:31:41  HP, NO ANSWER (GCS)
  NH   NH118X  011907  1008  01/19/07  14:31:57  HP, NO ANSWER (GCS)
  SMC  WS      011707  1101  011720071101SBILLING STATEMENTUSN
  SMC  WS      011707  1101  011720071101SPAYMENTUSN
  NH   NH118X  042806  1008  04/22/06  22:27:05  HP NO ANSWER (GCS)
  NH   NH118X  042506  0021  04/25/06  22:05:49  HP NO ANSWER (GCS)
  NH   NH118X  042406  0708  04/23/06  22:03:39  HP NO ANSWER (GCS)
  NH   NH118X  042106  0920  04/20/06  12:46:40  HP ANS MACH (GCS)
  NH   NH118X  042006  6856  04/19/06  22:39:40  HP NO ANSWER (GCS)
  NH   NH118X  041906  6953  04/18/06  22:05:57  HP NO ANSWER (GCS)
  RG2  22143   031706  0735  ORCANC2 TC262 DTID LF AM0000000002900 AH20000000000000+
  SH   940     031606  0100  **SUMMARY***  ACTION ENTRY:  5  PROMISE/PAYS:  1
  NH   N115C   021006  0733  02/10/06  9K49
  NH   N115C   020206  6443  02/02/06  9K49

F2=ADD NEW MEMO    PF5=PF1         PF7=BACK      F8=FORWARD
                                                          U:MEMTRN BO
                                                          01/03
SELECT A MEMO & ENTER OR PRESS PF KEY

                    44:00.2
```

E000026

NEW FDR-NET 10.174.95.246 - myEXTRA! Enterprise

```
ACMS CISDISPLAY
DADJG,SAM K*=28369  ROCHELLE AVE*HAYWARD*CA*94541-5A*948918356816152*0
                                        ACCOUNT # 601018356816153
                                                       PAGE 048

CMDS  S=SELECT  C/U=UPDATE  D=DELETE
C USER TYPE  DATE  TIME           MEMO TEXT
  #6  975  120205 0207  COSARBO WITH PAY DEFERRED INTEREST
  NA  NAC17* 111705 0145 *NEAR RELN 510-690-9670 CORP HM 000-000-0000 WPH 000-*

F2=ADD NEW MEMO   PF5=P11              F7=BACK   F8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY

                                                    U2NENTRM 00
                                                          01/03
                                   4:08.2
```

1

**PROOF OF SERVICE**

2  STATE OF CALIFORNIA                )

3                                      )   ss.

4  COUNTY OF LOS ANGELES              )

5

I am employed in the County of Los Angeles, State of California.

6

I am over the age of eighteen years and not a party to the within action. my business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

7

8  On **April 3, 2008,** I served the foregoing document(s) described as: **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** on all interested parties in this action by:

9

10  **SEE ATTACHED SERVICE LIST**

11  [ ]   **BY ELECTRONIC MAIL** : Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

12

13

14  [ X ]   **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

15

16

17

18  []   **BY FACSIMILE**: On the date set forth below, at approximately _____., I transmitted the above document(s) from facsimile machine number (310)242-2222, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

19

20

21

22  [ ]   **BY PERSONAL SERVICE BY HAND**: I personally served said document(s) on the date set forth below, by personally hand serving the aforementioned document to (See Service List)

23  []   **(STATE)**  - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24

25  [X]   **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

26  Executed this **3rd day of April, 2008**, at Los Angeles, California.

27

28

Deborah A. Nash

1

PROOF OF SERVICE

1

## SERVICE LIST
## Samuel Kwest Dadjo v. Encore Receivable Management, Inc.
### Our File No . 05704.00

2

3

Fred W. Schwinn, Esq.                    **Attorneys for Plaintiff SAMUEL KWEST**
CONSUMER LAW CENTER, INC.                **DADJO**
12 South First Street, Suite 416
San Jose, CA 95113-2404
Phone: (408) 294-6100
Fax:  (408) 294-6190

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE