1  DAVID J. KAMINSKI (SBN #128509)
   MICHAEL P. LAVIGNE (SBN # 216538)
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendant,
   ENCORE RECEIVABLE MANAGEMENT, INC.
6

7

8                   UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 SAMUEL KWESI DADJO,              )   CASE NO. C 07 05856 SC
                                    )
12                                  )   Judge: Hon. Samuel Conti
                     Plaintiff,     )   Courtroom 1
13                                  )
       vs.                          )   [Complaint Filed: 11/19/07]
14                                  )
   ENCORE RECEIVABLE                )
15 MANAGEMENT, INC., a Kansas       )
   corporation,                     )   **STIPULATED REQUEST FOR ORDER**
16                                  )   **CHANGING TIME FOR HEARING ON**
                     Defendant.     )   **PLAINTIFF'S MOTION FOR PARTIAL**
17                                  )   **SUMMARY JUDGMENT**
                                    )
18                                  )
                                    )
19                                  )

20  _____

21

22      Pursuant to Local Rule 6-2, the parties hereby stipulate to continue the hearing on

23 plaintiff's motion for partial summary judgment and all related filing deadlines by three weeks

24 from **September 19, 2008 to October 10, 2008**.

25      The parties make this request in order to allow for additional time to potentially resolve this

26 matter through settlement.

27      There have been no previous continuances in this action.

28

05704.00:146585                          1
STIPULATED REQUEST FOR ORDER CHANGING TIME          CASE NO. C07 05856 SC

DATED: August 29, 2008           CONSUMER LAW CENTER, INC.

By /s/ Fred W. Schwinn
Fred W. Schwinn
Attorneys for Plaintiff,
SAMUEL K. DADJO

DATED: August 29, 2008           CARLSON & MESSER LLP

By /s/ David J. Kaminski
David J. Kaminski
Michael P. Lavigne
Attorneys for Defendant,
ENCORE RECEIVABLE MANAGEMENT, INC.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: _____          BY: _____
                                             United States District Court Judge

05704.00:146585                              2
STIPULATED REQUEST FOR ORDER CHANGING TIME         CASE NO. C07 05856 SC