DAVID J. KAMINSKI (SBN #128509)
MICHAEL P. LAVIGNE (SBN # 216538)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
ENCORE RECEIVABLE MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL KWESI DADJO,<br><br>Plaintiff,<br><br>vs.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,<br><br>Defendant. | CASE NO. C 07 05856 SC<br><br>Judge: Hon. Samuel Conti<br>Courtroom 1<br><br>[Complaint Filed:   11/19/07]<br><br>**DECLARATION OF MICHAEL P. LAVIGNE IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Michael P. Lavigne, declare and state as follows:

1.      I am an attorney at law duly licensed to practice before all state courts within the State of California, and before the United District Court for the Northern District of California.  I am an associate of the law firm of CARLSON & MESSER LLP, attorneys of record for Defendant Encore Receivable Management, Inc. ("Defendant").

2.      If called upon to testify to these matters as set forth herein, I could and would do so

of my own personal knowledge.

3. Pursuant to Local Rule 6-2, the parties have stipulated to continue the hearing on plaintiff's motion for partial summary judgment and all related filing deadlines by three weeks from **September 19, 2008 to October 10, 2008**. A copy of this stipulation is filed herewith.

4. The parties have made this request in order to allow for additional time to potentially resolve this matter through settlement.

5. There have been no previous continuances in this action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed on this 29th day of August, 2008 at Los Angeles, California.

By: /s/ Michael P. Lavigne

Michael P. Lavigne, Declarant