DAVID J. KAMINSKI (SBN #128509)
MICHAEL P. LAVIGNE (SBN # 216538)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
ENCORE RECEIVABLE MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL KWESI DADJO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ENCORE RECEIVABLE ) <br> MANAGEMENT, INC., a Kansas ) <br> corporation, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | CASE NO. C 07 05856 SC <br><br> Judge: Hon. Samuel Conti <br> Courtroom 1 <br><br> [Complaint Filed:  11/19/07] <br><br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Local Rule 6-2, the parties hereby stipulate to continue the hearing on plaintiff's motion for partial summary judgment and all related filing deadlines by three weeks from **September 19, 2008 to** ~~October 10, 2008~~. November 7, 2008.

The parties make this request in order to allow for additional time to potentially resolve this matter through settlement.

There have been no previous continuances in this action.

05704.00:146585

1

STIPULATED REQUEST FOR ORDER CHANGING TIME        CASE NO. C07 05856 SC

1  DATED: August 29, 2008           CONSUMER LAW CENTER, INC.

2

3                                   By  /s/ Fred W. Schwinn
                                       _____
4                                       Fred W. Schwinn
                                        Attorneys for Plaintiff,
                                        SAMUEL K. DADJO
5

6  DATED: August 29, 2008           CARLSON & MESSER LLP

7

8                                   By  /s/ David J. Kaminski
                                       _____
9                                       David J. Kaminski
                                        Michael P. Lavigne
10                                      Attorneys for Defendant,
                                        ENCORE RECEIVABLE MANAGEMENT, INC.
11

12

13

14  **PURSUANT TO STIPULATION IT IS SO ORDERED.**

15

16

17

18  DATED: 9/2/08 _____    BY: _____
                                                United States District Judge
19                                              *IT IS SO ORDERED*
                                                *Judge Samuel Conti*
20

21

22

23

24

25

26

27

28

05704.00:146585                         2
STIPULATED REQUEST FOR ORDER CHANGING TIME              CASE NO. C07 05856 SC