Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SAMUEL KWESI DADJO

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL KWESI DADJO,<br><br>                   Plaintiff,<br>    v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas Corporation,<br><br>                   Defendant. | Case No. C07-05856-SC<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, SAMUEL KWESI DADJO, and Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., stipulate, and the Court hereby orders, as follows:

    1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, SAMUEL KWESI DADJO, against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1 | Dated: October 15, 2008                    /s/ Fred W. Schwinn
2 |                                            Fred W. Schwinn, Esq.
3 |                                            Attorney for Plaintiff
   |                                            SAMUEL KWESI DADJO
4 |
5 | Dated: October 15, 2008                    /s/ David J. Kaminski
6 |                                            David J. Kaminski, Esq.
   |                                            Attorney for Defendant
7 |                                            ENCORE RECEIVABLE MANAGEMENT, INC.

8 | THE FOREGOING STIPULATION
9 | IS APPROVED AND IS SO ORDERED.

10 | Dated: 10/17/08
11 |                                           _____
12 |                                           The Hon. Samuel Conti
     |                                           Judge of the U.S. District Court

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]